ELAYNA J. YOUCHAH, Bar No. 5837
youchahe@jacksonlewis.com
LISA A. MCCLANE, Bar No. 10139
lisa.mcclane@jacksonlewis.com
AMY L. BAKER, Bar No. 11907
amy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MARSHALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE DISPOSAL SERVICE, INC. DBA REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada Corporation<br><br>Defendant. | Case No. 2:15-cv-00953-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

COME NOW Defendant Republic Silver State Disposal, Inc., doing business as Republic Services of Southern Nevada and Plaintiff Charles Marshall, by and through their respective attorneys, and do hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint (Doc. #1), from June 16, 2015 up to and including June 23, 2015.

-1-

JACKSON LEWIS P.C.
LAS VEGAS

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated: June 16, 2015                                            Dated: June 16, 2015

/s/Lisa A. McClane                                              /s/Malik W. Ahmad
Elayna J. Youchah, Bar No. 5837                                 Malik W. Ahmad, Bar No. 10305
Lisa A. McClane, Bar No. 10139                                  8072 W. Sahara Ave., Suite A
Amy L. Baker, Bar No. 11907                                     Las Vegas, NV 89117
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169                                             Attorneys for Plaintiff

Attorneys for Defendant

**IT IS SO ORDERED** this 17 day of June, 2015.

_____
MAGISTRATE/JUDGE