1  ELAYNA J. YOUCHAH, Bar No. 5837
   youchahe@jacksonlewis.com
2  LISA A. MCCLANE, Bar No. 10139
   lisa.mcclane@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway
4  Suite 600
   Las Vegas, Nevada 89169
5  Tel:  (702) 921-2460
   Fax: (702) 921-2461
6
   Attorneys for Defendant
7
                        **UNITED STATES DISTRICT COURT**
8
                              **DISTRICT OF NEVADA**
9

10  CHARLES MARSHALL, an individual,        Case No.  2:15-cv-00953-APG-PAL

11              Plaintiff,

12       v.

13
    SILVER STATE DISPOSAL SERVICE,          **NOTICE OF RESOLUTION AND**
14  INC. DBA REPUBLIC SERVICES OF           **ANTICIPATED DISMISSAL**
    SOUTHERN NEVADA, a Nevada
15  Corporation

16              Defendant.

17

18       Defendant Silver State Disposal Service, Inc. dba Republic Services of Southern Nevada,

19  by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Charles Marshall, by and

20  through his counsel of record Malik W. Ahmad (collectively referenced as the "Parties"), hereby

21  notify the Court that they have reached a resolution in the above-referenced matter.

22

23

24

25

26

27

28
                                         -1-

1      The Parties are currently in the process of preparing documents to effect dismissal. The

2  Parties anticipate that a stipulation for dismissal will be submitted to the court within thirty (30)

3  days.

4  Dated: April 14, 2016                        Dated: April 14, 2016

5

6  /s/Lisa A. McClane                   /s/Malik W. Ahmad

7  Elayna J. Youchah, Bar No. 5837        Malik W. Ahmad, Bar No. 10305
   Lisa A. McClane, Bar No. 10139         8072 W. Sahara Ave., Suite A

8  3800 Howard Hughes Parkway, Ste. 600   Las Vegas, NV 89117
   Las Vegas, NV 89169

9                                      Attorneys for Plaintiff
   Attorneys for Defendant

10

11

12                   **IT IS SO ORDERED** this 19 day of ___April___, 2016.

13

14

15                               MAGISTRATE/JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28