ELAYNA J. YOUCHAH, Bar No. 5837
youchahe@jacksonlewis.com
LISA A. MCCLANE, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES MARSHALL, an individual, | Case No. 2:15-cv-00953-APG-PAL |
| Plaintiff, | |
| v. | |
| SILVER STATE DISPOSAL SERVICE, INC. DBA REPUBLIC SERVICES OF SOUTHERN NEVADA, a Nevada Corporation | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Charles Marshall and Silver State Disposal Service, Inc. dba Republic Services of Southern Nevada ("Defendant"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

-1-

Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

Dated: May 19, 2016

/s/Lisa A. McClane
Elayna J. Youchah, Bar No. 5837
Lisa A. McClane, Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169
 Attorneys for Defendant

Dated: May 19, 2016

/s/Malik W. Ahmad
Malik W. Ahmad, Bar No. 10305
8072 W. Sahara Ave., Suite A
Las Vegas, NV 89117
 Attorneys for Plaintiff

**IT IS SO ORDERED** this 19th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE